JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MUNOZ DIOSDADO,<br><br>      Petitioner,<br><br>   v.<br><br>KEVIN McALEENAN et al.,<br><br>      Respondents. | Case No. EDCV 20-0218-DSF (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 18, 2020

DALE S. FISCHER
U.S. DISTRICT JUDGE